[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Cleveland v. Indus. Comm.,* Slip Opinion No. 2016-Ohio-8015.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-8015

THE STATE EX REL. THE CITY OF CLEVELAND, APPELLANT *v.* INDUSTRIAL COMMISSION OF OHIO ET AL, APPELLEES.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Cleveland v. Indus. Comm.,* Slip Opinion No. 2016-Ohio-8015.]

*Oral argument canceled, court of appeals' judgment affirmed on the authority of* State ex rel. BF Goodrich Co., Specialty Chems. Div. v. Indus. Comm.

(No. 2015-1204—Submitted November 29, 2016—Decided December 7, 2016.)

APPEAL from the Court of Appeals for Franklin County, No. 13AP-1069, 2015-Ohio-2165.

_____

{¶ 1} It is ordered by the court, sua sponte, that the oral argument scheduled for Wednesday, January 11, 2017, is canceled. The judgment of the court of appeals is affirmed on the authority of *State ex rel. BF Goodrich Co.,*

*Specialty Chems. Div. v. Indus. Comm.*, ___ Ohio St.3d ___, 2016-Ohio-7988, ___ N.E.3d ___.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent and urge oral argument in this case for the reasons stated in the dissenting opinion in *State ex rel. BF Goodrich Co., Specialty Chems. Div. v. Indus. Comm.*

_____

Barbara A. Langhenry, Cleveland Director of Law, and Elizabeth M. Williamson, Assistant Director of Law, for appellant.

Michael DeWine, Attorney General, and Cheryl J. Nester, Assistant Attorney General, for appellee Industrial Commission.

Shapiro, Marnecheck & Palnik, Matthew Palnik, and Elizabeth M. LaPorte, for respondent-appellee Jacqueline Johnson.

_____